Opinion issued August 5, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00387-CR

———————————

Brooks McGee and Allegheny Casualty Co., Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the County Court at Law 

Washington County, Texas



Trial Court Case No. 07-178

 



 

MEMORANDUM OPINION

            The parties have filed a joint motion to dismiss this appeal.  No opinion has issued.  Accordingly, the motion is granted, and the
appeal is dismissed.  Tex. R. App. P. 42.1(a)(2).          All other pending motions in this
appeal are overruled as moot.    The Clerk is directed to issue mandate within
10 days of the date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Keyes,
Hanks, and Higley.

Do
Not Publish.  Tex. R. App. P. 47.2(b).